FILED: November 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1732
(2:20-cv-02017-RMG)

_____

KOPPERS PERFORMANCE CHEMICALS, INC., f/k/a Osmose Wood Preserving Co. of America, Inc., f/k/a Osmose Wood Preserving, Inc., f/k/a Osmose, Inc.

  Plaintiff - Appellant

v.

ARGONAUT-MIDWEST INSURANCE COMPANY, d/b/a Argo Group

  Defendant - Appellee

and

THE TRAVELERS INDEMNITY COMPANY

  Defendant

_____

O R D E R
_____

The court grants the motion to file the corrected joint appendix out of time. The deadline for filing the response brief is extended to December 6, 2023. Any reply brief due 21 days from service of the response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk