FILED: July 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1732
(2:20-cv-02017-RMG)

_____

KOPPERS PERFORMANCE CHEMICALS, INC., f/k/a Osmose Wood Preserving Co. of America, Inc., f/k/a Osmose Wood Preserving, Inc., f/k/a Osmose, Inc.

      Plaintiff - Appellant

v.

ARGONAUT-MIDWEST INSURANCE COMPANY, d/b/a Argo Group

      Defendant - Appellee

and

THE TRAVELERS INDEMNITY COMPANY

      Defendant

_____

O R D E R
_____

The court strictly enforces the time limits for filing petitions for rehearing and petitions for rehearing en banc in accordance with Local Rule 40(c). The petition in this case is denied as untimely.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk